**3/10/2015**                                                                                          **COA No. 01-13-00997-CR**
**MCVAY, ABEL ALFRED          Tr. Ct. No. 1372812**                                **PD-1576-14**
This is to serve notice to the court of appeals that this Court granted a motion for extension of time to file a petition for discretionary review until February 13, 2015. The time for filing the petition for discretionary review has expired.

Abel Acosta, Clerk

1ST COURT OF APPEALS  CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX  77002-7006
* DELIVERED VIA E-MAIL *